Case 04-40877   Doc 19   Filed 09/23/08   Entered 09/23/08 12:21:57   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Echols, Dana D

Printed: 9/23/08

Case Number: 04 B 40877
Judge: Hollis, Pamela S
Filed: 11/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: September 4, 2008
Confirmed: January 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,769.28 |  |
| Secured: |  | 718.72 |
| Unsecured: |  | 1,252.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 228.91 |
| Other Funds: |  | 369.28 |
| Totals: | 4,769.28 | 4,769.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,200.00 | 2,200.00 |
| 2. | Monterey Financial Services | Secured | 205.54 | 205.54 |
| 3. | American General Finance | Secured | 513.18 | 513.18 |
| 4. | Monterey Financial Services | Unsecured | 54.66 | 119.48 |
| 5. | Jefferson Capital | Unsecured | 134.35 | 293.69 |
| 6. | Target National Bank | Unsecured | 25.37 | 55.47 |
| 7. | ECast Settlement Corp | Unsecured | 126.88 | 277.35 |
| 8. | American General Finance | Unsecured | 214.25 | 468.31 |
| 9. | Resurgent Capital Services | Unsecured | 17.42 | 38.07 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 13. | T Mobile USA | Unsecured |  | No Claim Filed |
| 14. | TCF Bank | Unsecured |  | No Claim Filed |
|   |   |   | $ 3,491.65 | $ 4,171.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 27.29 |
| 4% | 11.51 |
| 3% | 9.35 |
| 5.5% | 40.61 |
| 5% | 7.90 |
| 4.8% | 15.12 |
| 5.4% | 117.13 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Echols, Dana D

Printed:  9/23/08

Case Number:  04 B 40877
Judge:  Hollis, Pamela S
Filed:  11/3/04

_____
$ 228.91

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

